**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7339**

---

LEE ODIS ALFORD,

Plaintiff - Appellant,

versus

MARTIN J. MCDADE; FRANKLIN FREEMAN,

Defendants - Appellees,

and

JAMES B. HUNT; JUANITA H. BAKER,

Defendants.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-95-369)

---

Submitted:  February 7, 1996      Decided:  February 22, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Lee Odis Alford, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief in this 42 U.S.C. § 1983 (1988) action and dismissing several claims for Appellant's failure to comply with the district court's order to particularize them. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Alford v. McDade, No. CA-95-369 (E.D.N.C. Aug. 16, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED